11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Ex parte Brady Bradford Helm,          * From the 106th District
                                         Court of Gaines County,
                                         Trial Court No. 11-06-16247.

No. 11-12-00077-CV                      * September 5, 2013

                                        * Memorandum Opinion by McCall, J.
                                          (Panel consists of: Wright, C.J.,
                                          McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below.   Therefore, in accordance with this court's opinion, the trial court's expunction order is reversed, and judgment is rendered denying the expunction of records related to the possession of marihuana offense and arrest. The costs incurred by reason of this appeal are taxed against Brady Bradford Helm.